UNITED STATES of America, Plaintiff—Appellee,

v.

Stanley ROBINSON, Defendant— Appellant.

No. 08–1725.

United States Court of Appeals, Eighth Circuit.

Submitted: April 21, 2008.

Filed: May 7, 2008.

Thomas Joseph Mehan, Assistant U.S. Attorney, Eastern District of Missouri, U.S. Attorney's Office, St. Louis, MO, for Plaintiff–Appellee.

Stanley Robinson, Fort Dix, NJ, pro se.

Before WOLLMAN, HANSEN, and MURPHY, Circuit Judges.

PER CURIAM.

Stanley Robinson appeals from the district court's denial of his motion for a reduction of his sentence pursuant to 18 U.S.C. § 3582(c)(2), based on Amendment 706 to the United States Sentencing Guidelines Manual (U.S.S.G.), which reduced certain base offense levels in U.S.S.G. § 2D1.1(c) depending on the quantity of cocaine base (crack) involved.

The district court denied Robinson's motion without any explanation. Because we are unable to review its order without knowing its reasons, we remand to the

---

1. The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas.

district court for the entry of a certified order within 45 days setting forth the reasons why the motion for reduction was denied. In order to expedite the matter, our panel will retain jurisdiction over this appeal.

The district court denied Cole's motion without any explanation. Because we are unable to review its order without knowing its reasons, we remand to the district court for the entry of a certified order within 45 days setting forth the reasons why the motion for reduction was denied. In order to expedite the matter, our panel will retain jurisdiction over this appeal.